1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

LOREN A. DEAN,

11

            Plaintiff,

12

        v.

13

INTERNAL REVENUE SERVICE,

14

            Defendant.

Case No. C05-5352FDB

ORDER DENYING
RECONSIDERATION

15

16

17

18

        Plaintiff moves for reconsideration of the Court's Order of February 7, 2007 granting the

United States summary judgment on the passive loss limitations of Section 469, and submits his own

affidavit in support of reconsideration.  The Court is not persuaded by the affidavit to grant

reconsideration.  ACCORDINGLY,

19

20

        IT IS ORDERED: Plaintiff's Motion for Reconsideration [Dkt. # 41] is DENIED.

        DATED this 28th day of February, 2007.

21

22

23

_____

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1